■ In the Matter of JOSEPH A. GELLING, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [45 NYS3d 816]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a tier III determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, petitioner has been granted all the relief to which he is entitled and the petition must be dismissed as moot (*see Matter of James v Prack*, 137 AD3d 1390, 1391 [2016]).

Peters, P.J., Garry, Egan Jr., Clark and Aarons, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.